# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SHARON VERRET

VERSUS

MATT VERRETT AND JENNIFER
BLUSKE

NO.   2023 CW 0768

**SEPTEMBER 7, 2023**

---

In Re:   Sharon Verret and Quincy Verret, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 194338.

---

**BEFORE:   THERIOT, PENZATO, AND GREENE, JJ.**

**WRIT DENIED ON THE SHOWING MADE.**

**MRT
AHP
HG**

COURT OF APPEAL, FIRST CIRCUIT



DEPUTY CLERK OF COURT
FOR THE COURT